# United States District Court
# For The Western District of North Carolina
# Statesville Division

DONALD R. McKITTRICK,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          CASE NO. 5:05CV202

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2006, Order.

Signed: April 12, 2006

Frank G. Johns, Clerk
United States District Court